LOUIS A. HIGHMAN, CBN 61703
BRUCE J. HIGHMAN, CBN 101760
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, California 94102
Telephone:  (415) 982-5563
Facsimile:  (415) 982-5202

Attorneys for Plaintiff
GLORIA LARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA LARA,<br><br>  Plaintiff,<br>-v-<br>ONSITE HEALTH, INC.<br><br>  Defendant. | No.  CV12-3337 MEJ<br><br>[~~PROPOSED~~] ORDER TO ENLARGE TIME FOR PLAINTIFF TO FILE OPPOSITION PAPERS TO ONSITE HEALTH, INC.'S PETITION TO COMPEL ARBITRATION AND STAY PROCEEDINGS |

Based on the parties' stipulation and the supporting declaration of Louis A. Highman, and good cause appearing therefor, IT IS HEREBY ORDERED that the time for plaintiff Gloria Lara to file opposition papers to defendant's petition to compel arbitration and stay proceedings be extended to August 30, 2012 (instead of August 24, 2012), and that the time for defendant Onsite Health, Inc. to file a reply to the opposition is extended to September 7, 2012 (instead of August 31, 2012).

DATED: 08/30/2012

HON. _____
U.S. _____

Judge Maria-Elena James

1

Proposed Order to Enlarge Time—CV12-3337 MEJ