LOUIS A. HIGHMAN, CBN 61703
BRUCE J. HIGHMAN, CBN 101760
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, California 94102
Telephone:  (415) 982-5563
Facsimile:  (415) 982-5202

Attorneys for Plaintiff
GLORIA LARA

ARTHUR W. CURLEY, BAR NO. 60902
BERNADETTE BANTLY, BAR NO. 124659
BRADLEY, CURLEY, ASIANO,
BARRABEE, ABEL & KOWALSKI, P.C.
1100 Larkspur Landing Circle, Suite 200
Telephone:  (415) 464-8888
Facsimile:  (415) 464-8887

Attorneys for Defendant
ONSITE HEALTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA LARA, | No.  CV12-3337 MEJ |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;** |
| -v- | [PROPOSED] ORDER |
| ONSITE HEALTH, INC., | (F.R.Civ.P. Rule 41[a][1]) |
| Defendant. | |

Pursuant to the provisions of F.R.Civ.P. Rule 41(a)(1), Plaintiff Gloria Lara and defendant Onsite Health, Inc., by and through their respective attorneys, do hereby stipulate to dismiss the above-entitled action in its entirety with prejudice.  Neither of the parties will seek a court award

1

Stip. to Dismiss, Case No. CV12-3337 MEJ

```
 1 | for attorneys' fees and costs.
 2 |
 3 | SO STIPULATED:
 4 | DATED: March 22, 2013.            LOUIS A. HIGHMAN
                                       BRUCE J. HIGHMAN
 5 |                                   HIGHMAN, HIGHMAN & BALL
 6 |                                   By /s/Louis A. Highman
                                          Attorneys for Plaintiff
 7 |                                       GLORIA LARA
 8 |
 9 | DATED: March 26, 2013.            ARTHUR W. CURLEY
                                       BERNADETTE BANTLY
10 |                                   BRADLEY, CURLEY, ASIANO,
                                       BARRABEE, ABEL & KOWALSKI,
11 |                                   P.C.
12 |                                   By /s/ Bernadette Bantly
                                          Attorneys for Defendant
13 |                                       Bernadette Bantly
14 |                         ORDER
15 |   Good cause appearing therefor, IT IS SO ORDERED.
16 |
17 | DATED: April 19, 2013.
18 |
                                       HON. MARIA-ELENA JAMES
19 |                                   U.S. MAGISTRATE JUDGE
```

2

Stip. to Dismiss, Case No. CV12-3337 MEJ

**PROOF OF SERVICE**
<u>Gloria Lara v. Onsite Health, Inc.</u>
U.S. District Court, Northern District of California, Case No. CV12-3337

I, the undersigned, declare that:

I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1100 Larkspur Landing Circle, Suite 200, Larkspur, CA 94939.

On **April 18, 2013**, I served the attached:

**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [PROPOSED ORDER]**

(___) **BY FACSIMILE**: By transmitting the same from a facsimile machine (415) 464.8887 to the person(s) identified below whose facsimile transmission machine telephone number(s) listed below. The transmission was reported complete without error by a transmission report issued by the sending facsimile transmission machine.

(___) **BY MAIL**: I placed a true copy thereof in a sealed envelope, with postage thereon fully prepaid for first-class mail, in the designated outgoing mail receptacle at Bradley, Curley, Asiano, Barrabee, Abel & Kowalski, APC for collection by another employee who is responsible in the normal course of business, for depositing the stamped envelopes for mailing this same day in the United States Mail at 1100 Larkspur Landing Circle, Larkspur, California addressed to:

| **Attorneys for Plaintiff** | **Co-Counsel for Plaintiff** |
|---|---|
| Louis A. Highman, Esq. | Christopher P. Schlies, Esq. |
| Bruce J. Highman, Esq. | Attorney at Law |
| Highman, Highman & Ball | 699 Peters Avenue #B |
| A Professional Law Association | Pleasanton, CA 94566 |
| 870 Market Street, Suite 467 | Tel.: (925) 462-0444 |
| San Francisco, CA 94102 | Fax: (925) 462-0837 |
| Tel.: (415) 982-5563 | E-Mail: chris@schlieslaw.com |
| Fax: (415) 982-5202 | |
| E-Mail: louis.highman@highman-ball.com | |

(___) **BY FEDERAL EXPRESS**: I placed a true copy thereof in a sealed Federal Express overnight envelope. The overnight envelope was taken to the Federal Express drop off located at 1100 Larkspur Landing Circle, Larkspur, California, and was addressed as noted above:

(___) **BY PERSONAL SERVICE**: I placed a true copy thereof in a sealed envelope, and caused such envelope to be delivered by hand to the addressee(s) noted above.

(XXX) **BY ELECTRONIC SERVICE:** Based on a Court Order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed **April 18, 2013**, Larkspur, California.

_____
Shawn P. Crowley

BRADLEY, CURLEY,
ASIANO, BARRABEE,
ABEL & KOWALSKI
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

PROOF OF SERVICE